**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARQUISE BAILEY,<br><br>            Plaintiff,<br><br>      vs.<br><br>MARIA CID D/B/A MARIAN BEAUTY SALON; LAWRENCE KIM; and DOES 1 to 10,<br><br>            Defendants. | **Case No.: CV 25-11093-DMG (SKx)**<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [25]** |

Based on the parties' request for dismissal with prejudice, and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with Prejudice.  The parties shall bear their own fees and costs.

DATED:  May 29, 2026

_____
DOLLY M. GEE
Chief United States District Judge